# EXHIBIT B

**Bonjour Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-32229 |
| TRIVISTA OIL CO., LLC, *et al.*[1] | ) | Chapter 11, Subchapter V |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DECLARATION OF PABLO BONJOUR IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT OF VERITAS RESTRUCTURING GROUP AS FINANCIAL ADVISOR FOR THE DEBTORS EFFECTIVE AS OF APRIL 11, 2026**

I, Pablo Bonjour, declare under penalty of perjury as follows:

1. I am the principal and Managing Director with the firm Veritas Restructuring Group[2] ("VRG" or the "Firm"), which has its principal office located at 717 Texas Ave., 12th floor, Houston, TX 77002.

2. I am making this declaration in support of the Debtors' Application for an Order Authorizing the Employment of Veritas Restructuring Group as Financial Advisor for the Debtors Effective as of April 11, 2026 (the "Application"). Unless otherwise indicated, capitalized terms used but not defined herein have the meanings ascribed to such terms in the Application.

3. Except as otherwise noted, all facts set forth in this declaration are based upon my personal knowledge, the client and matter records of VRG, or information available to me that I believe to be true and correct. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

[1] The Debtors in these chapter 11 cases are Trivista Oil Co., LLC and Trivista Operating LLC.

[2] Southcoast Management Group, LLC d/b/a Veritas Restructuring Group.

**A. Background regarding VRG**

4. VRG is a financial advisory services company founded in 2008 that focuses on middle market companies. With a diverse group of professionals with a wealth of experience, VRG provides operational leadership, business turnaround, and bankruptcy services. VRG specializes in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services, and financial and operational restructuring.

5. VRG's debtor advisory services have included a wide range of activities targeted at stabilizing and improving a company's financial position, including developing or validating forecasts, business plans and related assessments of a business's strategic position; monitoring and managing cash, cash flow and supplier relationships; assessing and recommending cost reduction strategies; and designing and negotiating financial restructuring packages. VRG's professionals have substantial experience in business restructuring and bankruptcy proceedings.

6. I have assisted, advised, and provided strategic advice to debtors, creditors, bondholders, investors, and other entities in numerous cases, including the following: *In re: Cred, Inc.*, Case No. 20-12836, District of Delaware; *In re: Sorrento Therapeutics, Inc, et al.*, Southern District of Texas, Houston Division, Case No. 23-90085; *In re: Victerra Energy Holding Co., LLC*, Case No. 20-32487, Southern District of Texas, Houston Division; *In re: Watson Grinding & Manufacturing Co. and Watson Valve Services, Inc.*, Case No. 20-30967, Southern District of Texas, Houston Division; *In re: High Mesa, Inc. et al.*, Case No. 20-30602, Southern District of Texas, Houston Division (Chapter 7); *In re: GWG Wind Down Trust f/k/a GWG Holdings, Inc.*, Case. No. 22-90032, Southern District of Texas, Houston Division; and *In re: Escambia Operating Co.*, LLC, Case No. 23-50491, Southern District of Mississippi.

**A. Scope of Services**

7. As financial advisor for the Debtors, VRG is providing, and will continue to provide, the Debtors will the following generally described services:

a. Evaluating near-term business plan/financial forecast;

b. Assisting in the preparation of or preparing a weekly 13-week cash flow forecast and related financial and business models;

c. Identifying and potentially implementing both short-term and long-term liquidity generating initiatives;

d. Assisting in development of cost containment procedures;

e. Evaluating and making recommendations and decisions in connection with strategic alternatives to maximize the value of the Debtors;

f. Reviewing inventory and other assets to determine its monetization and or salability and to provide monetization alternatives;

g. Negotiating debt reduction and or deferment with trade vendors and other creditors;

h. Providing business and debt restructuring advice, including business strategy and other key elements of the business, including preparation of the statement of financial affairs and schedules, monthly operating reports and other similar chapter 11 reporting requirements;

i. Evaluating and/or assisting in developing a liquidation analysis;

j. Providing advice on restructuring alternatives, including but not limited to, any asset sales or a plan of reorganization;

k. Rendering such other restructuring, general business consulting or other assistance as may be requested and mutually agreed;

l. Managing the resolution and collection of aged and delinquent receivables;

m. Assisting in identifying, negotiating, structuring, modeling, and obtaining court approval for DIP financing (post-petition financing);

n. Assisting in reviewing, reconciling, and categorizing claims; support preparation of claims registers; analyze and recommend objections to claims (especially large or disputed ones); and

o. Calculating and track quarterly U.S. Trustee fees (based on disbursements) and ensure compliance with reporting.

**B. Proposed Compensation**

8. As set forth in the Engagement Agreement, in consideration for providing the services set forth therein, the Debtors have agreed to pay VRG's standard hourly rates. These rates are reflected in the following table:

| | |
|---|---|
| Managing Directors: | $550- $795 per hour |
| Directors: | $400 - $550 per hour |
| Associate: | $350 - $475 per hour |
| Senior Financial Analysts: | $350 - $475 per hour |
| Financial Analysts: | $225 - $350 per hour |
| Travel and Transit Time: | When applicable, fifty percent (50%) of hourly rates |

Additionally, the Firm shall be entitled to reimbursement for all actual, necessary out-of-pocket expenses incurred in connection with its services in the Debtors' chapter 11 cases, including, but not limited to, postage, delivery charges, photocopying charges, travel expenses, and transcription charges as more fully set forth in the Engagement Agreement.

9. VRG's hourly rates are set at a level designed to compensate the Firm fairly for the work of its professionals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned.

10. VRG will apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and orders of the Court for all services performed and expenses incurred during the representation of the Debtors.

### C. Disclosure of Connections

11. Neither myself nor VRG previously represented the Debtors. The Firm was retained by the Debtors as financial advisors pursuant to the Engagement Letter dated April 11, 2026. VRG holds no retainer from the Debtors.

12. To check for potential connections with the Debtors and other parties in interest in the chapter 11 cases, VRG searched to determine whether it had any relationships with the Debtors and the entities identified by the Debtors and its representatives as potential parties in interest listed on Schedule 1 hereto (the "Potential Parties in Interest"). VRG has the following disclosable connections:

- In matters unrelated to the Debtors, VRG has professional connections with Debtors' proposed bankruptcy counsel. In In re RELLIS Campus Data and Research Center LLC, et al., Case No. 25-90666 (Bankr. S.D. Tex.), VRG serves as financial advisor to the debtors and I serve as CRO, while Debtors' proposed bankruptcy counsel serves as counsel to the Official Committee of Unsecured Creditors. In *In re High Mesa, Inc. et al.*, Case No. 20-30602 (Bankr. S.D. Tex.), VRG served as financial advisor to the chapter 7 trustee, while the Debtor's proposed bankruptcy counsel serves as counsel to the chapter 7 trustee. There may be other cases in which proposed bankruptcy counsel to the Debtors and VRG both represent or have represented parties in interest.

- Pablo Bonjour serves as CRO and VRG serves as financial advisor in In re StopLoss et al., Case No. 26-90386, in which an entity owned by Paul Black owns equity in the Debtors and is a co-DIP lender.

- Pablo Bonjour serves as CRO and VRG serves as financial advisor in In re StopLoss et al., Case No. 26-90386, in which the Debtors entered into a settlement agreement with GrayStreet.

- Micah Miller, a senior director at VRG, serves as financial advisor to the GWG Wind Down Trust, of which Tom Howley serves as the trustee.

VRG does not believe that these connections create a conflict of interest regarding the Debtors or these chapter 11 cases.

13. Except as otherwise set forth herein, to the best of my knowledge, neither I nor VRG is a creditor, an equity security holder or an insider of the Debtors, nor do we have any direct

or indirect relationship to, connection with, or interest in, the Debtors that would make our interests materially adverse to the interests of the estates. Further, we are not, and were not, within two (2) years before the Petition Date, directors, officers, or employees of the Debtors. Finally, VRG and its principals and employees do not have any connection with the United States Trustee for the Southern District of Texas, or any person employed in the office of the United States Trustee for the Southern District of Texas. To the extent I discover any such connections, I will promptly supplement this disclosure.

**D. Affirmative Statement of Disinterestedness and No Fee Sharing**

14. To the best of my knowledge, VRG and I are each a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code and are therefore qualified to be employed by the Debtors pursuant to section 327(a) of the Bankruptcy Code.

15. Based upon the above review and to the best of my knowledge, VRG has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, these chapter 11 cases. If this Court approves VRG's employment as financial advisor for the Debtors, the Firm will not accept any engagement or perform any service for any entity or person other than the Debtors in the chapter 11 cases.

16. There is no agreement or understanding between VRG and any other person or entity for the sharing of compensation received, or to be received, for services rendered by VRG professionals in connection with the Debtors' chapter 11 cases.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2026

Pablo Bonjour

# SCHEDULE 1

## Searched Parties

The Debtors, Debtors' Principal, & Debtors' Attorneys

Trivista Oil Co., LLC
Trivista Operating LLC
Robert T. Black
Shannon Lee Beatty LLP
R.J. Shannon
Jon Maxwell Beatty
Ella A. Cornwall

Equity Security Holders

NRF USA, Inc.
Oil Hold Company LLC
Black Acre LLC

20 Largest Unsecured Creditors

3rd Degree Special Services
COT Oil Tool, Inc.
Horizon Cable Service, Inc.
Imperative Chemical Partners
Insperity
Intense Wireline Solutions, LLC
Magnolia Oil & Gas Operating LLC
Matt Grasha
McElroy, Sullivan, Miller & Weber LLP
MKS Services LLC
Navarro Well Service LLC
Novak Diesel Services, LLC
Owen Oil Tools, Inc.
Pak Energy, LLC
Red Dog Oil Tools, Inc.
Redbird Solutions, LLC
Seidel Schroeder
Sims Land Services LLC
Tryton Tool USA Inc.
USFS, LLC

Potential Secured Creditors

448 Supply, Inc.
Bastrop County Tax Office
Brigade Energy Services LLC
Bruington Engineering, LLC
Carrizo Well Service LLC
Crane County Tax Office
ERC Acquisitions II LLC
Fayette County Appraisal District
Fort Apache Energy, Inc.
Lee County Tax Assessor and Collector
Magellan Land Group
McCurdy Services, Inc.

Litigation Counterparties (if not listed above)

AAA Well Service LLC
Barbara Richter

Billy J. Albers
Cynthia J. Reyner
Elizabeth Dubcak
Kenneth Richter
Lee County Petroleum, Inc.
Nicky Moore
Paleo Oil Company LLC
Riley Exploration Group, Inc.
Sims Land Services, LLC

Other Parties in Interest/ Potential Parties in Interest

Paul Black
GrayStreet BIB Capital LLC

Attorneys for Parties in Interest

McCreary, Veselka, Bragg & Allen, P.C.
Julie Anne Parsons
Naman, Howell, Smith & Lee, PLLC
Kerry L. Haliburton
Stephanie E. Schwab
Linebarger Goggan Blair & Sampson, LLP
Jeannie L. Andresen
Diane W. Sanders
Don Stecker
Howley Law PLLC
Chamberlain Hrdlicka
Mark D. Sherrill
Fishel Law Group
Michael Fishel
Gray Reed
John T. Wooldridge, Jr.
Greenberg Traurig, LLP
Mark Stratton
Justin Foster
Burns & Reyes-Burns PLLC
Lina Reyes-Burns
Michael C. Sanders
The Strong Firm P.C.
B. Lee Wertz Jr.
Allen Bryson Lamar, PLLC
Mario A. Lamar
Kevin R. Knight P.C.
Kevin R. Knight
Vander-Plas LaFreniere, PLLC
Kristen Vander-Plas LaFreniere
Weiser Law Firm, PLLC
Michelle Huhn Weiser
Anthony Keith James

Office of the U.S. Trustee & Chapter 11, Subchapter V Trustee

Kevin Epstein
Millie Aponte Sall
Jana Smith Whitworth
Thomas A. Howley