**Trivista Operating LLC**
**MOR - Supporting Documentation**
**As of 04/30/2026**

| | **Balance Sheet** | |
|---|---|---|
| | Cash | 5,438 |
| | Accounts Receivable - Trade | - |
| FN1 | Autos and Trucks | Unknown |
| FN1 | Field Equipment | Unknown |
| FN1 | Field Office | Unknown |
| FN1 | Fixed Assets | Unknown |
| | Total Assets | 5,438 |
| | | |
| | Pre Petition - Secured | 330,330 |
| | Pre Petition - Priority | 132,231 |
| | Pre Petition - Unsecured | 2,725,064 |
| | Accounts Payable - Trade - Post Petition | 2,132 |
| | Other Current Liabilities - Post Petition | - |
| | Total Liabilities | 3,189,757 |
| | | |
| | Equity | (3,184,319) |
| | Total Liab & Equity | 5,438 |

| **Income Statement** | |
|---|---|
| Revenue | - |
| COGS | - |
| Gross Profit | - |
| | |
| SG&A | 100,320 |
| Other Expenses | - |
| Net Income/(Loss) | (100,320) |

| **Accounts Receivable - Trade** | |
|---|---|
| N/A | - |
| **Grand Total** | **-** |

| **Accounts Payable - Post Petition** | |
|---|---|
| N/A | - |
| **Grand Total** | **-** |

**FOOTNOTES:**

**FN1** - A value of “Unknown” has been ascribed, as no recent valuation has been completed and the Debtors are unable to reasonably estimate current fair market value. Such amounts remain subject to further review and revision.

**Trivista Operating LLC**
**MOR Exhibit A**
**Explanation for answer: 'No'**

| Question(s) | Explanation |
| --- | --- |
| 4. Did you pay your employees on time? | Employees were not paid on time during the first payroll run (which included back pay). They were paid on time after that. |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | They are open now. We had trouble finding a bank who would create DIP accounts. |
| 6. Have you timely filed your tax returns and paid all of your taxes? | Unknown. We are researching it and believe this was a disregarded entity that may not have had to file a tax return. |
| 7. Have you timely filed all other required government filings? | RRC filings have not been made and have not been timely. The extent of the unfiled RRC reports is still being researched. |

**Trivista Operating LLC**
**MOR Exhibit B**
**Explanation for answer: 'Yes'**

| Question(s) | Explanation |
| --- | --- |
| 10. Do you have any bank accounts open other than the DIP accounts? | Yes, because we had trouble finding a bank who would create DIP accounts. |
| 13. Did any insurance company cancel your policy? | The Progressive policy was canceled. |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | Robert Black paid for certain parking, gasoline, office and other minor items and was reimbursed. See Insider payments exhibit. |

**Trivista Operating LLC**
**MOR Exhibit**
**Payments to Insiders**

| Name | Amount | Purpose |
|---|---|---|
| Robert Black | 413.00 | Expense Reimbursement (Parking) |
| Robert Black | 111.60 | Expense Reimbursement (Fuel, Office Supplies) |
| Robert Black | 7,225.98 | Payroll - April 2026 |
| Robert Black | 4,817.31 | Payroll - April 2026 |
| Paleo Car Care | 637.60 | Vehicle Repair |
| Paleo Car Care | 579.19 | Vehicle Repair |
| **TOTAL** | **13,784.68** | |

**Trivista Operating LLC**
**MOR Exhibit C**
**Receipts**

| Date | Amount | Purpose |
|---|---|---|
| 4/13/2026 | 22,072.60 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/13/2026 | 60.00 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/13/2026 | 865.18 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/14/2026 | 6,479.27 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/14/2026 | 1,673.48 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/15/2026 | 615.55 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/16/2026 | 16,883.60 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/16/2026 | 2,000.00 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/16/2026 | 4,168.80 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/20/2026 | 7,225.98 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/21/2026 | 5,862.82 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/22/2026 | 419.89 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/23/2026 | 265.19 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/24/2026 | 14,917.82 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/24/2026 | 579.19 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/27/2026 | 13,000.00 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/28/2026 | 552.27 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/29/2026 | 2,787.70 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/30/2026 | 386.25 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 4/30/2026 | 1.34 | Bank Interest Payment |
| **FN1** | **100,816.93** | **Total Receipts** |

***Footnotes***

**FN1** - The receipt activity reflected herein is presented on a gross cash basis to facilitate reconciliation to bank activity. Certain receipts represent intercompany transfers from affiliated debtor Trivista Oil Co. to Trivista Operating for the sole purpose of funding operating expenses. Such transfers do not constitute third-party operating revenue or receipts and should not be double counted when analyzing consolidated cash activity.

**Trivista Operating LLC**
**MOR Exhibit D**
**Disbursements**

| Date | Amount | Payee | Purpose |
|---|---|---|---|
| 4/13/2026 | 866.45 | Bluebonnett Electric | Ordinary Course - Electricity |
| 4/14/2026 | 35.00 | PakEnergy | Ordinary Course - PakEnergy Accounting Software Payment |
| 4/14/2026 | 529.95 | Zochnet | Ordinary Course - Internet |
| 4/14/2026 | 1,108.53 | Progressive Insurance | Ordinary Course - Insurance |
| 4/14/2026 | 6,479.27 | PakEnergy | Ordinary Course - PakEnergy Accounting Software Payment |
| 4/15/2026 | 615.55 | Bluebonnett Electric | Ordinary Course - Electricity |
| 4/16/2026 | 8,817.00 | Jeramie Green | Ordinary Course - Payroll |
| 4/16/2026 | 8,016.00 | Carlos Hernandez | Ordinary Course - Payroll |
| 4/16/2026 | 50.00 | Department of Transportation | Ordinary Course - Vehicle Inspection |
| 4/17/2026 | 14,746.00 | Brian Wade | Ordinary Course - Payroll |
| 4/17/2026 | 60.00 | Buc-ee's | Ordinary Course - Fuel |
| 4/20/2026 | 7,225.98 | Robert Black | Ordinary Course - Payroll |
| 4/20/2026 | 7,326.60 | Rachel Johnson | Ordinary Course - Payroll |
| 4/20/2026 | 413.00 | Robert Black | Ordinary Course - Reimbursement for longterm vehicle parking |
| 4/20/2026 | 150.00 | Deric Flores | Ordinary Course - Vehicle Transport |
| 4/20/2026 | 2,000.00 | USFS LLC | Ordinary Course - Water Disposal |
| 4/20/2026 | 120.00 | Starlink | Ordinary Course - Starlink |
| 4/20/2026 | 276.33 | TX DMV | Ordinary Course - Permits |
| 4/20/2026 | 637.60 | PALEO CAR CARE | Ordinary Course - Auto Repair |
| 4/20/2026 | 266.03 | RACKSPACE EMAIL | Ordinary Course - Email |
| 4/21/2026 | 970.15 | Lee County tax Office | Ordinary Course - Taxes |
| 4/21/2026 | 4,168.80 | Tierra VIR LLC | Ordinary Course - Land Work |
| 4/21/2026 | 1.00 | Texas Secretary of State | Ordinary Course - Online Fee |
| 4/22/2026 | 2,007.42 | 448 SUPPLY INC | Ordinary Course - Supplies |
| 4/22/2026 | 577.43 | HERRMANN INTERNATION | Ordinary Course - Supplies |
| 4/23/2026 | 6.47 | UTILITY SERVICE FEE | Orindary Course - Online Payment Fee |
| 4/23/2026 | 419.89 | MECHANALUBE INC | Ordinary Course - Supplies |
| 4/23/2026 | 333.86 | HERRMANN INTERNATION | Ordinary Course - Supplies |
| 4/24/2026 | 258.72 | LEE COUNTY WATER | Ordinary Course - Water |
| 4/27/2026 | 2,204.40 | Jeramie Green | Ordinary Course - Payroll |
| 4/27/2026 | 2,004.00 | Carlos Hernandez | Ordinary Course - Payroll |
| 4/27/2026 | 1,830.58 | Rachel Johnson | Ordinary Course - Payroll |
| 4/27/2026 | 27.05 | O'REILLY | Ordinary Course - Supplies |
| 4/27/2026 | 579.19 | PALEO CAR CARE | Ordinary Course - Auto Repair |
| 4/27/2026 | 150.00 | Deric Flores | Ordinary Course - Vehicle Transport |
| 4/28/2026 | 369.23 | Colton Hayden | Ordinary Course - Payroll |
| 4/28/2026 | 3,692.31 | Brian Wade | Ordinary Course - Payroll |
| 4/28/2026 | 35.00 | USPS | Ordinary Course - PO Box |
| 4/28/2026 | 40.00 | Q MART AIRPORT | Ordinary Course - Parking |
| 4/28/2026 | 13,000.00 | Matt Grasha | Ordinary Course - Payment to Matt Grasha for Plugging Abeyance RRC Work |
| 4/29/2026 | 4,817.31 | Robert Black | Ordinary Course - Payroll |
| 4/29/2026 | 111.60 | Robert Black | Ordinary Course - Reimbursement for fuel and supplies |
| 4/29/2026 | 2,487.10 | Alexander Oil | Ordinary Course - Fuel Purchase |
| 4/29/2026 | 189.00 | Department of Transportation | Ordinary Course - Department of Transportation Filing |
| 4/29/2026 | 20.00 | Petro Path | Ordinary Course - Oil and Gas Mapping Software |
| 4/30/2026 | 280.22 | HR Machine | Ordinary Course - Field Supplies |
| | **100,320.02** | **Total Disbursements** | |

**Trivista Operating LLC**
**MOR Exhibit E**
**Accounts Payble**

| Name | Amount ($) |
|---|---|
| Bluebonnet Electric | 1,011.98 |
| Howley Law (Sub V Trustee) | 1,000.00 |
| Starlink Internet | 120.00 |
| **TOTAL** | **2,131.98** |

**Trivista Operating LLC**
**MOR Exhibit F**
**Accounts Receivable**

| Name | Amount ($) |
|---|---|
| N/A | |
| **TOTAL** | **-** |

CLASSIC BANK

1

TRIVISTA OPERATING LLC
OPERATING
PO BOX 569
GIDDINGS TX 78942-0569

Last statement: March 31, 2026
This statement: April 30, 2026
Total days in statement period: 30

Page 1
*6318
( 9)

Direct inquiries to:
254-697-6461

Classic Bank, NA
P O Box 835
Cameron TX 76520

***CALL CLASSIC BANK'S 24/7 BANK BY PHONE 1-866-421-2289 CHECK BALANCES, TRANSFER FUNDS, REVIEW WITHDRAWAL HISTORY***

## Classic Bus Interest Checking

| | | | |
|---|---|---|---|
| Account number | *6318 | Beginning balance | $5,001.27 |
| Enclosures | 9 | Total additions | 39,656.93 |
| Low balance | $5,000.00 | Total subtractions | 39,270.61 |
| Average balance | $6,532.16 | Ending balance | $5,387.59 |
| Avg collected balance | $6,532 | | |

CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| | 04-16 | 50.00 | 603 | 04-29 | 2,487.10 |
| | 04-27 | 150.00 | 604 | 04-20 | 150.00 |
| 600 | 04-21 | 4,168.80 | 605 | 04-20 | 413.00 |
| 601 | 04-20 | 2,000.00 | 606 | 04-29 | 111.60 |
| 602 | 04-21 | 970.15 | | | |

DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 04-13 | ' Preauthorized Wd<br>BLUEBONNET ELECT Bluebonnet | 866.45 |
| 04-14 | ' Domestic Wire-Out<br>PAKENERGY PO BOX 621022 DALL | 6,479.27 |
| 04-14 | ' Preauthorized Wd<br>PROG COUNTY MUT INS PREM | 1,108.53 |
| 04-14 | ' Electronic Bill Pay<br>MBN1NLSQ ZOCHNET - | 529.95 |

TRIVISTA OPERATING LLC
April 30, 2026


*6318

| Date | | Description | Subtractions |
|---|---|---|---|
| 04-14 | ' | Outgoing Wire Fee<br>PAKENERGY PO BOX 621022 DALL | 35.00 |
| 04-15 | ' | Preauthorized Wd<br>BLUEBONNET ELECT Bluebonnet | 615.55 |
| 04-17 | ' | POS Purchase<br>POS PURCHASE TERMINAL 102 BUC-EE'S #0017 OUT<br>SIDE LULING TX | 60.00 |
| 04-20 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL RACKSPACE EMAIL APPS<br>TX | 266.03 |
| 04-20 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL PALEO CAR CARE TX | 637.60 |
| 04-20 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL TXDMV OS PERMIT TP E 465<br>TX | 276.33 |
| 04-20 | ' | A2A Pmt Debit<br>TERMINAL ---STARLINK HAWTHORNE CA | 120.00 |
| 04-21 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL TEXAS SECRETARY OF STA<br>512 463 5 TX | 1.00 |
| 04-22 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL HERRMANN INTERNATI ONAL<br>BRENHAM TX | 577.43 |
| 04-22 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 448 SUPPLY INC 979<br>54204 TX | 2,007.42 |
| 04-23 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL HERRMANN INTERNATI ONAL<br>BRENHAM TX | 333.86 |
| 04-23 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL MECHANALUBE INC 979<br>54293 TX | 419.89 |
| 04-23 | ' | POS Purchase | 6.47 |
| 04-24 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL LEE COUNTY WATER S UPPLY | 258.72 |
| 04-27 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL PALEO CAR CARE 121<br>09401 TX | 579.19 |
| 04-27 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL O'REILLY GIDDINGS<br>TX | 27.05 |
| 04-28 | ' | Domestic Wire-Out<br>MATT GRASHA PO BOX 527 OLATHE, | 13,000.00 |

CLASSIC BANK

TRIVISTA OPERATING LLC 
April 30, 2026 *6318

| Date | Description | Subtractions |
|---|---|---|
| 04-28 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL Q MART AIRPORT SAN ANTON TX | 40.00 |
| 04-28 | ' Outgoing Wire Fee<br>MATT GRASHA PO BOX 527 OLATHE, | 35.00 |
| 04-29 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL PETRO PATH LLC AZ | 20.00 |
| 04-29 | ' POS Purchase<br>POS PURCHASE TERMINAL 77827301 SQ *DOTUPDATE.COM DOVER DE | 189.00 |
| 04-30 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 420785 H R MACHINE INC GIDDINGS TX | 280.22 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 04-13 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1974 | 865.18 |
| 04-14 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1974 | 1,673.48 |
| 04-14 | ' Cash Mgmt Trsfr Cr<br>REF 1041124L FUNDS TRANSFER FRMDEP XXXX1974 FROM PAK ACCOUNTING PAYMENT 1 OF 4 | 6,479.27 |
| 04-15 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1974 | 615.55 |
| 04-16 | ' Cash Mgmt Trsfr Cr<br>REF 1060811L FUNDS TRANSFER FRMDEP XXXX1974 FROM TIERRA VIR INV 1 | 4,168.80 |
| 04-16 | ' Cash Mgmt Trsfr Cr<br>REF 1060813L FUNDS TRANSFER FRMDEP XXXX1974 FROM USFS LLC INV 2604151 | 2,000.00 |
| 04-21 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1974 | 5,862.82 |
| 04-22 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1974 | 419.89 |
| 04-23 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1974 | 265.19 |
| 04-24 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1974 | 579.19 |

TRIVISTA OPERATING LLC
April 30, 2026


*6318

| Date | | Description | Additions |
|---|---|---|---|
| 04-27 | ' | Cash Mgmt Trsfr Cr<br>REF FUNDS TRANSFER FRMDEP XXXX1974 FROM<br>MATT GRASHA | 13,000.00 |
| 04-28 | ' | Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT<br>XXXXXX1974 | 552.27 |
| 04-29 | ' | Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT<br>XXXXXX1974 | 2,787.70 |
| 04-30 | ' | Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT<br>XXXXXX1974 | 386.25 |
| 04-30 | ' | Interest Credit | 1.34 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 5,001.27 | 04-17 | 11,058.80 | 04-24 | 5,579.19 |
| 04-13 | 5,000.00 | 04-20 | 7,195.84 | 04-27 | 17,822.95 |
| 04-14 | 5,000.00 | 04-21 | 7,918.71 | 04-28 | 5,300.22 |
| 04-15 | 5,000.00 | 04-22 | 5,753.75 | 04-29 | 5,280.22 |
| 04-16 | 11,118.80 | 04-23 | 5,258.72 | 04-30 | 5,387.59 |

## INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 0.25% |
| Interest-bearing days | 30 |
| Average balance for APY | $6,532.16 |
| Interest earned | $1.34 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $30.00 |
| Total Returned Item Fees | $0.00 | $60.00 |

***Thank you for banking with Classic Bank, NA***

CLASSIC BANK

1
Account: *6318
Period: April 01, 2026 - April 30, 2026


04/16/2026 $50.00

04/27/2026 $150.00

04/21/2026 600 $4,168.80

04/20/2026 601 $2,000.00

04/21/2026 602 $970.15

04/29/2026 603 $2,487.10

04/20/2026 604 $150.00

04/20/2026 605 $413.00

04/29/2026 606 $111.60

CLASSIC BANK

1

TRIVISTA OPERATING LLC
PAYROLL IMPREST
PO BOX 569
GIDDINGS TX 78942-0569

Last statement: March 31, 2026
This statement: April 30, 2026
Total days in statement period: 30

Page 1
*0976
( 12)

Direct inquiries to:
254-697-6461

Classic Bank, NA
P O Box 835
Cameron TX 76520

***CALL CLASSIC BANK'S 24/7 BANK BY PHONE 1-866-421-2289 CHECK BALANCES, TRANSFER FUNDS, REVIEW WITHDRAWAL HISTORY***

## Classic Free Business Cking

| | | | |
|---|---|---|---|
| Account number | *0976 | Beginning balance | $-60.00 |
| Enclosures | 12 | Total additions | 61,160.00 |
| Low balance | $-60.00 | Total subtractions | 61,049.41 |
| Average balance | $5,625.29 | Ending balance | $50.59 |
| Avg collected balance | $5,625 | | |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 600 | 04-20 | 7,326.60 | 606 | 04-28 | 3,692.31 |
| 601 | 04-17 | 14,746.00 | 607 | 04-27 | 2,004.00 |
| 602 | 04-16 | 8,016.00 | 608 | 04-27 | 2,204.40 |
| 603 | 04-16 | 8,817.00 | 609 | 04-28 | 369.23 |
| 604 | 04-20 | 7,225.98 | 610 | 04-29 | 4,817.31 |
| 605 | 04-27 | 1,830.58 | | | |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 04-13 | ' Cash Mgmt Trsfr Cr<br>REF 1031530L FUNDS TRANSFER FRMDEP XXXX1974<br>FROM CLEAR UP NEGATIVE BALANCE | 60.00 |
| 04-13 | ' Cash Mgmt Trsfr Cr<br>REF 1031533L FUNDS TRANSFER FRMDEP XXXX1974<br>FROM PAYROLL 022726 TO 041026 | 22,072.60 |
| 04-16 | Deposit | 16,883.60 |

CLASSIC BANK



| Date | | Description | Additions |
|---|---|---|---|
| 04-20 | ' | Cash Mgmt Trsfr Cr<br>REF 1101831L FUNDS TRANSFER FRMDEP XXXX1974<br>FROM PAYROLL RTB | 7,225.98 |
| 04-24 | ' | Cash Mgmt Trsfr Cr<br>REF 1140838L FUNDS TRANSFER FRMDEP XXXX1974<br>FROM PAYROLL PAY DATE APR 24 2026 | 14,917.82 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | -60.00 | 04-17 | 7,377.20 | 04-27 | 8,929.44 |
| 04-13 | 22,072.60 | 04-20 | 50.60 | 04-28 | 4,867.90 |
| 04-16 | 22,123.20 | 04-24 | 14,968.42 | 04-29 | 50.59 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $60.00 |

CLASSIC BANK

1
Account: *0976
Period: April 01, 2026 - April 30, 2026


04/16/2026 Deposit $16,883.60

04/20/2026 600 $7,326.60

04/17/2026 601 $14,746.00

04/16/2026 602 $8,016.00

04/16/2026 603 $8,817.00

04/20/2026 604 $7,225.98

04/27/2026 605 $1,830.58

04/28/2026 606 $3,692.31

04/27/2026 607 $2,004.00

04/27/2026 608 $2,204.40

04/28/2026 609 $369.23

04/29/2026 610 $4,817.31