**Trivista Oil Co LLC**
**MOR - Supporting Documentation**
**As of 04/30/2026**

| | **Balance Sheet** | |
|---|---|---|
| | Cash | 111,206 |
| | Cash Equivalents | 125,000 |
| | Accounts Receivable - Trade | - |
| FN1 | Production / Field Equipment | Unknown |
| FN1 | Leases | Unknown |
| FN1 | Real Property | Unknown |
| FN1 | Fixed Assets | Unknown |
| | Total Assets | 236,206 |
| | | |
| | Pre Petition - Secured | 309,325 |
| | Pre Petition - Priority | 9,998 |
| | Pre Petition - Unsecured | 1,884,275 |
| | Accounts Payable - Trade - Post Petition | 1,000 |
| | Other Current Liabilities - Post Petition | - |
| | Total Liabilities | 2,204,598 |
| | | |
| | Equity | (1,968,392) |
| | Total Liab & Equity | 236,206 |

| **Income Statement** | |
|---|---|
| Revenue | 23,730 |
| COGS | - |
| Gross Profit | 23,730 |
| | |
| SG&A | - |
| Other Expenses | - |
| Net Income/(Loss) | 23,730 |

| **Accounts Receivable - Trade** | |
|---|---|
| N/A | - |
| **Grand Total** | **-** |

| **Accounts Payable - Post Petition** | |
|---|---|
| N/A | - |
| **Grand Total** | **-** |

**FOOTNOTES:**

**FN1** - A value of “Unknown” has been ascribed, as no recent valuation has been completed and the Debtors are unable to reasonably estimate current fair market value. Such amounts remain subject to further review and revision.

**Trivista Oil Co LLC**
**MOR Exhibit A**
**Explanation for answer: 'No'**

| Question(s) | Explanation |
|---|---|
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | They are open now. We had trouble finding a bank who would create DIP accounts. |
| 6. Have you timely filed your tax returns and paid all of your taxes? | Unknown. We are researching it and believe this was a disregarded entity that may not have had to file a tax return. |
| 7. Have you timely filed all other required government filings? | RRC filings have not been made and have not been timely. The extent of the unfiled RRC reports is still being researched. |

**Trivista Oil Co LLC**
**MOR Exhibit B**
**Explanation for answer: 'Yes'**

| Question(s) | Explanation |
|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | Yes, because we had trouble finding a bank who would create DIP accounts. |
| 13. Did any insurance company cancel your policy? | The Progressive policy was canceled. |

**Trivista Oil Co LLC**
**MOR Exhibit C**
**Receipts**

| Date | Amount | Purpose |
|---|---|---|
| 4/13/2026 | 5,642.14 | Texas Comptroller Natural Gas Severance Tax Refund |
| 4/15/2026 | 372.94 | Payment from an unknown Fidelity Account (possible refund) |
| 4/20/2026 | 2,511.25 | March Gas Sales Revenue - Energy Transfer |
| 4/20/2026 | 15,067.36 | March Oil Sales Revenue - Gulfmark |
| 4/24/2026 | 103.55 | Payment from Magnolia Operating |
| 4/30/2026 | 32.40 | Interest Payment from Bank |
| | **23,729.64** | **Total Receipts** |

**Trivista Oil Co LLC**
**MOR Exhibit D**
**Disbursements**

| Date | Amount | Payee | Purpose |
|---|---|---|---|
| 4/13/2026 | 865.18 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/13/2026 | 22,072.60 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/13/2026 | 60.00 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/14/2026 | 1,673.48 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/14/2026 | 6,479.27 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/15/2026 | 615.55 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/16/2026 | 2,000.00 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/16/2026 | 4,168.80 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/16/2026 | 16,883.60 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/20/2026 | 7,225.98 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/21/2026 | 5,862.82 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/22/2026 | 419.89 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/23/2026 | 265.19 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/24/2026 | 579.19 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/24/2026 | 14,917.82 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/27/2026 | 13,000.00 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/28/2026 | 552.27 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/29/2026 | 2,787.70 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 4/30/2026 | 386.25 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| **FN1** | **100,815.59** | **Total Disbursements** | |

***Footnotes***

**FN1** - The disbursement activity reflected herein is presented on a gross cash basis to facilitate reconciliation to bank activity. Certain disbursements represent intercompany transfers between affiliated debtors, including transfers from Trivista Oil Co. to Trivista Operating for the sole purpose of funding operating expenses. Such transfers do not constitute separate third-party operating expenditures and should not be double counted when analyzing consolidated cash activity.

**Trivista Oil Co LLC**
**MOR Exhibit E**
**Accounts Payble**

| Name | Amount ($) |
|---|---|
| Howley Law (Sub V Trustee) | 1,000.00 |
| **TOTAL** | **1,000.00** |

**Trivista Oil Co LLC**
**MOR Exhibit F**
**Accounts Receivable**

| Name | Amount ($) |
|---|---|
| N/A | |
| **TOTAL** | **-** |

CLASSIC BANK

1

TRIVISTA OIL CO, LLC
OPERATING
PO BOX 569
GIDDINGS TX 78942-0569

Last statement: March 31, 2026
This statement: April 30, 2026
Total days in statement period: 30

Page 1
*1974
( 3)

Direct inquiries to:
254-697-6461

Classic Bank, NA
P O Box 835
Cameron TX 76520

***CALL CLASSIC BANK'S 24/7 BANK BY PHONE 1-866-421-2289 CHECK BALANCES, TRANSFER FUNDS, REVIEW WITHDRAWAL HISTORY***

## Classic Bus Interest Checking

| | | | |
|---|---|---|---|
| Account number | *1974 | Beginning balance | $188,291.57 |
| Enclosures | 3 | Total additions | 23,729.64 |
| Low balance | $111,173.22 | Total subtractions | 100,815.59 |
| Average balance | $157,668.62 | Ending balance | $111,205.62 |
| Avg collected balance | $157,468 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| | 04-16 | 16,883.60 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 04-13 | ' Cash Mgmt Trsfr Dr<br>REF FUNDS TRANSFER TO DEP XXXX0976 FROM<br>CLEAR UP NEGATIVE BALANCE | 60.00 |
| 04-13 | ' Cash Mgmt Trsfr Dr<br>REF FUNDS TRANSFER TO DEP XXXX0976 FROM<br>PAYROLL 022726 TO 041026 | 22,072.60 |
| 04-13 | ' Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 865.18 |
| 04-14 | ' Cash Mgmt Trsfr Dr<br>REF FUNDS TRANSFER TO DEP XXXX6318 FROM<br>PAK ACCOUNTING PAYMENT 1 OF 4 | 6,479.27 |

CLASSIC BANK

TRIVISTA OIL CO, LLC
April 30, 2026


*1974

| Date | | Description | Subtractions |
|---|---|---|---|
| 04-14 | ' | Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 1,673.48 |
| 04-15 | ' | Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 615.55 |
| 04-16 | ' | Cash Mgmt Trsfr Dr<br>REF 1060811L FUNDS TRANSFER TO DEP XXXX6318<br>FROM TIERRA VIR INV 1 | 4,168.80 |
| 04-16 | ' | Cash Mgmt Trsfr Dr<br>REF 1060813L FUNDS TRANSFER TO DEP XXXX6318<br>FROM USFS LLC INV | 2,000.00 |
| 04-20 | ' | Cash Mgmt Trsfr Dr<br>REF FUNDS TRANSFER TO DEP XXXX0976 FROM<br>PAYROLL RTB | 7,225.98 |
| 04-21 | ' | Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 5,862.82 |
| 04-22 | ' | Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 419.89 |
| 04-23 | ' | Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 265.19 |
| 04-24 | ' | Cash Mgmt Trsfr Dr<br>REF 1140838L FUNDS TRANSFER TO DEP XXXX0976<br>FROM PAYROLL PAY DATE APR 24 2026 | 14,917.82 |
| 04-24 | ' | Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 579.19 |
| 04-27 | ' | Cash Mgmt Trsfr Dr<br>REF 1171630L FUNDS TRANSFER TO DEP XXXX6318<br>FROM MATT GRASHA | 13,000.00 |
| 04-28 | ' | Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 552.27 |
| 04-29 | ' | Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 2,787.70 |
| 04-30 | ' | Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 386.25 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 04-13 | Deposit | 5,642.14 |
| 04-15 | Deposit | 372.94 |

TRIVISTA OIL CO, LLC 
April 30, 2026 *1974

| Date | | Description | Additions |
|---|---|---|---|
| 04-20 | ' | Preauthorized Credit<br>GULFMARK ENERGY REVPAYMT | 15,067.36 |
| 04-20 | ' | ENERGY TRANSFER CRL.P., WIRE ACCOUNT | 2,511.25 |
| 04-24 | ' | Preauthorized Credit<br>MAGNOLIA OIL AND REVACH | 103.55 |
| 04-30 | ' | Interest Credit | 32.40 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 188,291.57 | 04-20 | 149,840.80 | 04-27 | 114,899.44 |
| 04-13 | 170,935.93 | 04-21 | 143,977.98 | 04-28 | 114,347.17 |
| 04-14 | 162,783.18 | 04-22 | 143,558.09 | 04-29 | 111,559.47 |
| 04-15 | 162,540.57 | 04-23 | 143,292.90 | 04-30 | 111,205.62 |
| 04-16 | 139,488.17 | 04-24 | 127,899.44 | | |

## INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 0.25% |
| Interest-bearing days | 30 |
| Average balance for APY | $157,668.62 |
| Interest earned | $32.40 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Classic Bank, NA*

CLASSIC BANK

1
Account: *1974
Period: April 01, 2026 - April 30, 2026


04/13/2026 Deposit $5,642.14

04/15/2026 Deposit $372.94

04/16/2026 $16,883.60