**Trivista Oil Co LLC**
**MOR - Supporting Documentation**
**As of 05/31/2026**

| | **Balance Sheet** | |
|---|---|---|
| | Cash | 3,910 |
| | Cash Equivalents | 125,000 |
| | Accounts Receivable - Trade | - |
| FN1 | Production / Field Equipment | Unknown |
| FN1 | Leases | Unknown |
| FN1 | Real Property | Unknown |
| FN1 | Fixed Assets | Unknown |
| | Total Assets | 128,910 |
| | | |
| | Pre Petition - Secured | 309,325 |
| | Pre Petition - Priority | 9,998 |
| | Pre Petition - Unsecured | 1,884,275 |
| | Accounts Payable - Trade - Post Petition | 3,625 |
| | Other Current Liabilities - Post Petition | - |
| | Total Liabilities | 2,207,223 |
| | | |
| | Equity | (2,078,312) |
| | Total Liab & Equity | 128,910 |

| **Income Statement** | |
|---|---|
| Revenue | 23,730 |
| COGS | - |
| Gross Profit | 23,730 |
| | |
| SG&A | - |
| Other Expenses | - |
| Net Income/(Loss) | 23,730 |

| **Accounts Receivable - Trade** | |
|---|---|
| N/A | - |
| **Grand Total** | **-** |

| **Accounts Payable - Post Petition** | |
|---|---|
| Howley Law | 3,625 |
| **Grand Total** | **3,625** |

**FOOTNOTES:**

FN1 - A value of “Unknown” has been ascribed, as no recent valuation has been completed and the Debtors are unable to reasonably estimate current fair market value. Such amounts remain subject to further review and revision.

**Trivista Oil Co LLC**
**MOR Exhibit A**
**Explanation for answer: 'No'**

| Question(s) | Explanation |
|---|---|
| 6. Have you timely filed your tax returns and paid all of your taxes? | Unknown. We are researching it and believe this was a disregarded entity that may not have had to file a tax return. |
| 7. Have you timely filed all other required government filings? | RRC filings have not been made and have not been timely. The extent of the unfiled RRC reports is still being researched. |

**Trivista Oil Co LLC**
**MOR Exhibit B**
**Explanation for answer: 'Yes'**

| Question(s) | Explanation |
| --- | --- |
| 10. Do you have any bank accounts open other than the DIP accounts? | Yes, because we had trouble finding a bank who would create DIP accounts. |
| 13. Did any insurance company cancel your policy? | The Progressive policy was canceled. |

**Trivista Oil Co LLC**
**MOR Exhibit C**
**Receipts**

| Date | Amount | Purpose |
|---|---|---|
| 5/14/2026 | 35.00 | Phone Line Cancelation Refund |
| 5/22/2026 | 8,804.49 | Payment from Magnolia Operating |
| 5/29/2026 | 356.30 | Payment from ET G&P LLC |
| 5/31/2026 | 8.72 | Interest Payment from Bank |
| | **9,204.51** | **Total Receipts** |

**Trivista Oil Co LLC**
**MOR Exhibit D**
**Disbursements**

| Date | Amount | Payee | Purpose |
|---|---|---|---|
| 5/1/2026 | 706.86 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/4/2026 | 431.92 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/5/2026 | 1,011.98 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/7/2026 | 2,035.00 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/8/2026 | 18,240.91 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/8/2026 | 191.90 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/11/2026 | 8,211.00 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/13/2026 | 925.67 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/14/2026 | 63,040.06 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/14/2026 | 16,410.32 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/14/2026 | 35.00 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/22/2026 | 5,233.13 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/27/2026 | 20.00 | Trivista Operating, LLC | Auto Transfer to Trivista Operating, LLC to keep account from going negative |
| 5/31/2026 | 6.00 | Classic Bank | Bank Service Fee |
| FN1 | **116,499.75** | **Total Disbursements** | |

***Footnotes***

**FN1** - The disbursement activity reflected herein is presented on a gross cash basis to facilitate reconciliation to bank activity. Certain disbursements represent intercompany transfers between affiliated debtors, including transfers from Trivista Oil Co. to Trivista Operating for the sole purpose of funding operating expenses. Such transfers do not constitute separate third-party operating expenditures and should not be double counted when analyzing consolidated cash activity.

**Trivista Oil Co LLC**
**MOR Exhibit E**
**Accounts Payble**

| Name | Amount ($) |
|---|---|
| Howley Law (Sub V Trustee) | 3,625.00 |
| **TOTAL** | **3,625.00** |

**Trivista Oil Co LLC**
**MOR Exhibit F**
**Accounts Receivable**

| Name | Amount ($) |
|---|---|
| N/A | |
| **TOTAL** | - |

CLASSIC BANK

1

TRIVISTA OIL CO. LLC
OPERATING
PO BOX 569
GIDDINGS TX 78942-0569

Last statement: April 30, 2026
This statement: May 31, 2026
Total days in statement period: 31

Page 1
*1974
( 0)

Direct inquiries to:
254-697-6461

Classic Bank, NA
P O Box 835
Cameron TX 76520

***CALL CLASSIC BANK'S 24/7 BANK BY PHONE 1-866-421-2289 CHECK BALANCES, TRANSFER FUNDS, REVIEW WITHDRAWAL HISTORY***

## Classic Bus Interest Checking

| | | | |
|---|---|---|---|
| Account number | *1974 | Beginning balance | $111,205.62 |
| Low balance | $0.00 | Total additions | 9,204.51 |
| Average balance | $42,236.74 | Total subtractions | 116,499.75 |
| Avg collected balance | $42,236 | Ending balance | $3,910.38 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 05-01 | ' Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 706.86 |
| 05-04 | ' Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 431.92 |
| 05-05 | ' Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 1,011.98 |
| 05-07 | ' Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 2,035.00 |
| 05-08 | ' Cash Mgmt Trsfr Dr<br>REF 1281059L FUNDS TRANSFER TO DEP XXXX0976<br>FROM PAYROLL PAYDATE MAY 8 | 18,240.91 |
| 05-08 | ' Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 191.90 |

| Date | | Description | Subtractions |
|---|---|---|---|
| 05-11 | ' | Cash Mgmt Trsfr Dr<br>REF 1311719L FUNDS TRANSFER TO DEP XXXX6318<br>FROM 1ST PAYMENT OF INSURANCE | 8,211.00 |
| 05-13 | ' | Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 925.67 |
| 05-14 | ' | Domestic Wire-Out<br>202605140106435 TRIVISTA OIL GENERPO BOX 569 GIDDING | 63,040.06 |
| 05-14 | ' | Cash Mgmt Trsfr Dr<br>REF 1341250L FUNDS TRANSFER TO DEP XXXX0976<br>FROM PAYROLL PAY DATE MAY 22 2026 | 16,410.32 |
| 05-14 | ' | Outgoing Wire Fee<br>202605140106435 TRIVISTA OIL GENERPO BOX 569 GIDDING | 35.00 |
| 05-22 | ' | Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 5,233.13 |
| 05-27 | ' | Automatic Transfer<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT<br>XXXXXX6318 | 20.00 |
| 05-31 | ' | Service Charge<br>SERVICE CHARGE | 6.00 |

## CREDITS

| Date | | Description | Additions |
|---|---|---|---|
| 05-14 | ' | Credit Memo<br>PHONE TRANSFER PERROBERT BLACK | 35.00 |
| 05-22 | ' | Preauthorized Credit<br>MAGNOLIA OIL AND REVACH 260522<br>1201493 | 8,804.49 |
| 05-29 | ' | Preauthorized Credit<br>ET G&P LLC EDI PYMNTS 260529<br>21305900560477 | 356.30 |
| 05-31 | ' | Interest Credit | 8.72 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 111,205.62 | 05-08 | 88,587.05 | 05-27 | 3,551.36 |
| 05-01 | 110,498.76 | 05-11 | 80,376.05 | 05-29 | 3,907.66 |
| 05-04 | 110,066.84 | 05-13 | 79,450.38 | 05-31 | 3,910.38 |
| 05-05 | 109,054.86 | 05-14 | 0.00 | | |
| 05-07 | 107,019.86 | 05-22 | 3,571.36 | | |

CLASSIC BANK

TRIVISTA OIL CO, LLC
May 31, 2026


*1974

## INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 0.24% |
| Interest-bearing days | 31 |
| Average balance for APY | $42,236.74 |
| Interest earned | $8.72 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

***Thank you for banking with Classic Bank, NA***