**Trivista Operating LLC**
**MOR - Supporting Documentation**
**As of 05/31/2026**

| | | |
|---|---|---|
| | **Balance Sheet** | |
| | Cash | 4,996 |
| | Accounts Receivable - Trade | - |
| FN1 | Autos and Trucks | Unknown |
| FN1 | Field Equipment | Unknown |
| FN1 | Field Office | Unknown |
| FN1 | Fixed Assets | Unknown |
| | Total Assets | 4,996 |
| | | |
| | Pre Petition - Secured | 330,330 |
| | Pre Petition - Priority | 132,231 |
| | Pre Petition - Unsecured | 2,725,064 |
| | Accounts Payable - Trade - Post Petition | 3,625 |
| | Other Current Liabilities - Post Petition | - |
| | Total Liabilities | 3,191,250 |
| | | |
| | Equity | (3,186,254) |
| | Total Liab & Equity | 4,996 |

| | |
|---|---|
| **Income Statement** | |
| Revenue | - |
| COGS | - |
| Gross Profit | - |
| | |
| SG&A | 55,847 |
| Other Expenses | - |
| Net Income/(Loss) | (55,847) |

| | |
|---|---|
| **Accounts Receivable - Trade** | |
| N/A | - |
| **Grand Total** | **-** |

| | |
|---|---|
| **Accounts Payable - Post Petition** | |
| Howley Law (Sub V Trustee) | 3,625 |
| **Grand Total** | **3,625** |

**FOOTNOTES:**

**FN1** - A value of “Unknown” has been ascribed, as no recent valuation has been completed and the Debtors are unable to reasonably estimate current fair market value. Such amounts remain subject to further review and revision.

**Trivista Operating LLC**
**MOR Exhibit A**
**Explanation for answer: 'No'**

| Question(s) | Explanation |
| --- | --- |
| 6. Have you timely filed your tax returns and paid all of your taxes? | Unknown. We are researching it and believe this was a disregarded entity that may not have had to file a tax return. |
| 7. Have you timely filed all other required government filings? | RRC filings have not been made and have not been timely. The extent of the unfiled RRC reports is still being researched. |

**Trivista Operating LLC**
**MOR Exhibit B**
**Explanation for answer: 'Yes'**

| Question(s) | Explanation |
|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | Yes, because we had trouble finding a bank who would create DIP accounts. |
| 13. Did any insurance company cancel your policy? | The Progressive policy was canceled. |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | Robert Black paid for certain parking, gasoline, office and other minor items and was reimbursed. See Insider payments exhibit. |

**Trivista Operating LLC**
**MOR Exhibit**
**Payments to Insiders**

| Name | Amount | Purpose |
|---|---|---|
| Robert Black | 4,817.31 | Payroll - May 2026 |
| Robert Black | 165.00 | Expense Reimbursement |
| Robert Black | 4,817.31 | Payroll - May 2026 |
| Robert Black | 70.00 | Expense Reimbursement |
| **TOTAL** | **9,869.62** | |

**Trivista Operating LLC**
**MOR Exhibit C**
**Receipts**

| Date | Amount | Purpose |
|---|---|---|
| 5/1/2026 | 706.86 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/4/2026 | 431.92 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/5/2026 | 1,011.98 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/7/2026 | 2,035.00 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/8/2026 | 18,240.91 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/8/2026 | 191.90 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/11/2026 | 8,211.00 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/13/2026 | 925.67 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/14/2026 | 16,410.32 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/14/2026 | 49.59 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/14/2026 | 35.00 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/21/2026 | 1,900.58 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/22/2026 | 5,233.13 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/27/2026 | 20.00 | Auto Transfer from Trivista Oil, LLC to keep account from going negative |
| 5/31/2026 | 0.90 | Bank Interest Payment |
| **FN1** | **55,404.76** | **Total Receipts** |

***Footnotes***

**FN1** - The receipt activity reflected herein is presented on a gross cash basis to facilitate reconciliation to bank activity. Certain receipts represent intercompany transfers from affiliated debtor Trivista Oil Co. to Trivista Operating for the sole purpose of funding operating expenses. Such transfers do not constitute third-party operating revenue or receipts and should not be double counted when analyzing consolidated cash activity.

**Trivista Operating LLC**
**MOR Exhibit D**
**Disbursements**

| Date | Amount | Payee | Purpose |
|---|---|---|---|
| 5/1/2026 | 11.25 | RRC Public Svc | Ordinary Course - Regulatory |
| 5/1/2026 | 375.00 | RRC Public Svc | Ordinary Course - Regulatory |
| 5/1/2026 | 588.20 | 448 Supply Inc | Ordinary Course - Supplies |
| 5/1/2026 | 120.00 | Starlink | Ordinary Course - Internet |
| 5/5/2026 | 431.92 | eBay | Ordinary Course - Supplies |
| 5/5/2026 | 184.37 | Bluebonnet | Ordinary Course - Electricity |
| 5/5/2026 | 371.53 | Bluebonnet | Ordinary Course - Electricity |
| 5/5/2026 | 456.08 | Bluebonnet | Ordinary Course - Electricity |
| 5/7/2026 | 2,000.00 | Howley Law | Ordinary Course - Sub V Trustee |
| 5/7/2026 | 35.00 | Howley Law | Ordinary Course - Sub V Trustee |
| 5/8/2026 | 1,830.58 | Rachel Johnson | Ordinary Course - Payroll |
| 5/8/2026 | 2,004.00 | Carlos Hernandez | Ordinary Course - Payroll |
| 5/8/2026 | 2,204.40 | Jeramie Green | Ordinary Course - Payroll |
| 5/8/2026 | 76.00 | Corporate Filings LLC | Ordinary Course - Administrative |
| 5/8/2026 | 76.00 | Corporate Filings LLC | Ordinary Course - Administrative |
| 5/8/2026 | 39.90 | FedEx | Ordinary Course - Mail |
| 5/11/2026 | 3,692.31 | Brian Wade | Ordinary Course - Payroll |
| 5/11/2026 | 3,692.31 | Colton Hayden | Ordinary Course - Payroll |
| 5/11/2026 | 4,817.31 | Robert Black | Ordinary Course - Payroll |
| 5/11/2026 | 165.00 | Robert Black | Ordinary Course - Paul Black Reimbursement |
| 5/12/2026 | 656.67 | 448 Supply Inc | Ordinary Course - Supplies |
| 5/13/2026 | 8,215.00 | Sanger and Altgelt | Ordinary Course - Supplies |
| 5/14/2026 | 49.59 | Trivista Operating | Ordinary Course - Internal Funds Transfer |
| 5/14/2026 | 70.00 | Paul Black | Ordinary Course - Paul Black Reimbursement |
| 5/14/2026 | 5,049.59 | Trivista Operating | Ordinary Course - Internal Funds Transfer |
| 5/14/2026 | 100.00 | Corporate Filings LLC | Ordinary Course - Administrative |
| 5/14/2026 | 35.00 | Trivista Operating | Ordinary Course - Internal Funds Transfer |
| 5/18/2026 | 4,817.31 | Robert Black | Ordinary Course - Payroll |
| 5/22/2026 | 1,830.58 | Rachel Johnson | Ordinary Course - Payroll |
| 5/22/2026 | 3,692.31 | Brian Wade | Ordinary Course - Payroll |
| 5/22/2026 | 2,004.00 | Carlos Hernandez | Ordinary Course - Payroll |
| 5/22/2026 | 2,204.40 | Jeramie Green | Ordinary Course - Payroll |
| 5/26/2026 | 233.13 | Rackspace | Ordinary Course - Email |
| 5/28/2026 | 20.00 | Petro Path | Ordinary Course - Fuel Purchase |
| 5/29/2026 | 3,692.31 | Colton Hayden | Ordinary Course - Payroll |
| 5/31/2026 | 6.00 | Classic Bank | Ordinary Course - Bank Fee |
| | **55,847.05** | **Total Disbursements** | |

**Trivista Operating LLC**
**MOR Exhibit E**
**Accounts Payble**

| Name | Amount ($) |
|---|---|
| Howley Law (Sub V Trustee) | 3,625.00 |
| **TOTAL** | **3,625.00** |

**Trivista Operating LLC**
**MOR Exhibit F**
**Accounts Receivable**

| Name | Amount ($) |
|---|---|
| N/A | |
| **TOTAL** | **-** |

CLASSIC BANK

1

Last statement: April 30, 2026
This statement: May 31, 2026
Total days in statement period: 31

TRIVISTA OPERATING LLC
OPERATING
PO BOX 569
GIDDINGS TX 78942-0569

Page 1
*6318
( 1)

Direct inquiries to:
254-697-6461

Classic Bank, NA
P O Box 835
Cameron TX 76520

***CALL CLASSIC BANK'S 24/7 BANK BY PHONE 1-866-421-2289 CHECK BALANCES, TRANSFER FUNDS, REVIEW WITHDRAWAL HISTORY***

## Classic Bus Interest Checking

| | | | |
|---|---|---|---|
| Account number | *6318 | Beginning balance | $5,387.59 |
| Enclosures | 1 | Total additions | 18,852.95 |
| Low balance | $0.00 | Total subtractions | 19,245.64 |
| Average balance | $4,255.48 | Ending balance | $4,994.90 |
| Avg collected balance | $4,255 | | |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 607 | 05-11 | 165.00 | | | |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 05-01 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 405523 RRC PUBLIC SVC<br>512 463 7 GA 4900330000259089 | 11.25 |
| 05-01 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 405523 RRC PUBLIC SALES<br>512 463 7 TX 4900330000259089 | 375.00 |
| 05-01 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 437735 448 SUPPLY INC<br>979 54204 TX 4900330000259089 | 588.20 |
| 05-01 | ' A2A Pmt Debit<br>TERMINAL 00000000 ACC-4671532-14047-STARLINK<br>HAWTHORNE CA 4900330000259089 | 120.00 |

CLASSIC BANK

TRIVISTA OPERATING LLC

May 31, 2026



*6318

| Date | Description | Subtractions |
|---|---|---|
| 05-05 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 420429 eBay O 24 14586 92<br>565 San Jose CA 4900330000259089 | 431.92 |
| 05-05 | ' Preauthorized Wd<br>BLUEBONNET ELECT Bluebonnet 260505 | 184.37 |
| 05-05 | ' Preauthorized Wd<br>BLUEBONNET ELECT Bluebonnet 260505 | 371.53 |
| 05-05 | ' Preauthorized Wd<br>BLUEBONNET ELECT Bluebonnet 260505 | 456.08 |
| 05-07 | ' Domestic Wire-Out<br>202605060156783 HOWLEY LAW PLLC 700 LOUISIANA STRE | 2,000.00 |
| 05-07 | ' Outgoing Wire Fee<br>202605060156783 HOWLEY LAW PLLC 700 LOUISIANA STRE | 35.00 |
| 05-08 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 475542 CORPORATE FILINGS<br>LLC 888 40721 WY 4900330000259089 | 76.00 |
| 05-08 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 CORPORATE FILINGS<br>LLC 855 344 2 WY 4900330000259089 | 76.00 |
| 05-08 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 443106 FEDEX OFFICE 0135<br>SVZKO SAN ANTON TX4900330000259089 | 39.90 |
| 05-12 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 437735 448 SUPPLY INC<br>979 54204 TX 4900330000259089 | 656.67 |
| 05-13 | ' Preauthorized Wd<br>SANGER & ALTGELT J2886 OOFF TRN*1*CZ10000S6FFM<br>C\RMR*IK*SANGER A LTGELT LLC\ | 8,215.00 |
| 05-14 | ' Domestic Wire-Out<br>202605140106434 TRIVISTA OPERATINGPO BOX 569 GIDDING | 5,049.59 |
| 05-14 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 475542 CORPORATE FILINGS<br>LLC 888 40721 WY 4900330000259089 | 100.00 |
| 05-14 | ' Outgoing Wire Fee<br>202605140106434 TRIVISTA OPERATINGPO BOX 569 GIDDING | 35.00 |
| 05-26 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 RACKSPACE EMAIL<br>APPS 210 312 4 TX 4900330000259089 | 233.13 |
| 05-28 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 PETRO PATH LLC<br>844 700 2 AZ 4900330000259089 | 20.00 |
| 05-31 | ' Service Charge<br>SERVICE CHARGE | 6.00 |

CLASSIC BANK

TRIVISTA OPERATING LLC
May 31, 2026


*6318

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 05-01 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT<br>XXXXXX1974 | 706.86 |
| 05-04 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT<br>XXXXXX1974 | 431.92 |
| 05-05 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT<br>XXXXXX1974 | 1,011.98 |
| 05-07 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT<br>XXXXXX1974 | 2,035.00 |
| 05-08 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT<br>XXXXXX1974 | 191.90 |
| 05-11 | ' Cash Mgmt Trsfr Cr<br>REF 1311719L FUNDS TRANSFER FRMDEP XXXX1974<br>FROM 1ST PAYMENT OF INSURANCE | 8,211.00 |
| 05-13 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT<br>XXXXXX1974 | 925.67 |
| 05-14 | ' Cash Mgmt Trsfr Cr<br>REF 1341249L FUNDS TRANSFER FRMDEP XXXX0976<br>FROM | 49.59 |
| 05-14 | ' Credit Memo<br>PHONE TRANSFER PERROBERT BLACK | 35.00 |
| 05-22 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT<br>XXXXXX1974 | 5,233.13 |
| 05-27 | ' Automatic Transfer<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT<br>XXXXXX1974 | 20.00 |
| 05-31 | ' Interest Credit | 0.90 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 5,387.59 | 05-08 | 5,000.00 | 05-22 | 5,233.13 |
| 05-01 | 5,000.00 | 05-11 | 13,046.00 | 05-26 | 5,000.00 |
| 05-04 | 5,431.92 | 05-12 | 12,389.33 | 05-27 | 5,020.00 |
| 05-05 | 5,000.00 | 05-13 | 5,100.00 | 05-28 | 5,000.00 |
| 05-07 | 5,000.00 | 05-14 | 0.00 | 05-31 | 4,994.90 |

CLASSIC BANK

TRIVISTA OPERATING LLC
May 31, 2026



*6318

## INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 0.25% |
| Interest-bearing days | 31 |
| Average balance for APY | $4,255.48 |
| Interest earned | $0.90 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $30.00 |
| Total Returned Item Fees | $0.00 | $60.00 |

*Thank you for banking with Classic Bank, NA*

CLASSIC BANK

1
Account: *6318
Period: May 01, 2026 - May 31, 2026


05/11/2026 607 $165.00

CLASSIC BANK

1

TRIVISTA OPERATING LLC
PAYROLL IMPREST
PO BOX 569
GIDDINGS TX 78942-0569

Last statement: April 30, 2026
This statement: May 31, 2026
Total days in statement period: 31

Page 1
*0976
( 12)

Direct inquiries to:
254-697-6461

Classic Bank, NA
P O Box 835
Cameron TX 76520

***CALL CLASSIC BANK'S 24/7 BANK BY PHONE 1-866-421-2289 CHECK BALANCES, TRANSFER FUNDS, REVIEW WITHDRAWAL HISTORY***

## Classic Free Business Cking

| | | | |
|---|---|---|---|
| Account number | *0976 | Beginning balance | $50.59 |
| Enclosures | 12 | Total additions | 36,551.81 |
| Low balance | $0.99 | Total subtractions | 36,601.41 |
| Average balance | $5,692.95 | Ending balance | $.99 |
| Avg collected balance | $5,692 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 611 | 05-08 | 1,830.58 | 619 * | 05-22 | 3,692.31 |
| 612 | 05-11 | 3,692.31 | 620 | 05-22 | 2,004.00 |
| 613 | 05-08 | 2,004.00 | 621 | 05-22 | 2,204.40 |
| 614 | 05-08 | 2,204.40 | 622 | 05-18 | 4,817.31 |
| 615 | 05-11 | 3,692.31 | 623 | 05-29 | 3,692.31 |
| 616 | 05-11 | 4,817.31 | | | |
| 617 | 05-22 | 1,830.58 | | | |

*** Skip in check sequence**

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 05-14 | ' Cash Mgmt Trsfr Dr<br>REF 1341249L FUNDS TRANSFER TO DEP XXXX6318<br>FROM | 49.59 |
| 05-14 | ' Debit Memo<br>PHONE TRANSFER PERROBERT BLACK | 70.00 |

CLASSIC BANK

TRIVISTA OPERATING LLC
May 31, 2026


*0976

## CREDITS

| Date | | Description | Additions |
|---|---|---|---|
| 05-08 | ' | Cash Mgmt Trsfr Cr<br>REF 1281059L FUNDS TRANSFER FRMDEP XXXX1974<br>FROM PAYROLL PAYDATE MAY 8 | 18,240.91 |
| 05-14 | ' | Cash Mgmt Trsfr Cr<br>REF 1341250L FUNDS TRANSFER FRMDEP XXXX1974<br>FROM PAYROLL PAY DATE MAY 22 2026 | 16,410.32 |
| 05-21 | ' | 202605210077276 TRIVISTA OIL CO LL2954 CR 208 GIDDIN<br>PAYROLL | 1,900.58 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 50.59 | 05-14 | 16,341.32 | 05-22 | 3,693.30 |
| 05-08 | 12,252.52 | 05-18 | 11,524.01 | 05-29 | 0.99 |
| 05-11 | 50.59 | 05-21 | 13,424.59 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $60.00 |

*Thank you for banking with Classic Bank, NA*

CLASSIC BANK

1
Account: *0976
Period: May 01, 2026 - May 31, 2026
Page: 3 of 3

05/08/2026 611 $1,830.58

05/11/2026 612 $3,692.31

05/08/2026 613 $2,004.00

05/08/2026 614 $2,204.40

05/11/2026 615 $3,692.31

05/11/2026 616 $4,817.31

05/22/2026 617 $1,830.58

05/22/2026 619 $3,692.31

05/22/2026 620 $2,004.00

05/22/2026 621 $2,204.40

05/18/2026 622 $4,817.31

05/29/2026 623 $3,692.31