**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **TRIVISTA OIL CO., LLC,** | § | **CASE NO. 26-32229 (JPN)** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |
| | § | |
| **IN RE:** | § | |
| | § | |
| **TRIVISTA OPERATING LLC,** | § | **CASE NO. 26-32231** |
| | § | |
| **DEBTOR.** | § | **(Jointly Administered)** |

**STIPULATION AND AGREED ORDER REGARDING**
**SUBCHAPTER V TRUSTEE DISCHARGE AND COMPENSATION**

This Stipulation and Agreed Order is made by and between (i) Debtor Trivista Oil Co., LLC and Debtor Trivista Operating LLC (collectively, the "Debtors") (ii) Tom Howley, in his capacity as the Subchapter V Trustee, and (iii) the United States Trustee (the "U.S. Trustee").

**WHEREAS**, on April 2, 2026 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11, subchapter V of title 11 of the United States Code in jointly administered Case No. 26-32229.

**WHEREAS**, on June 26, 2026, the Debtors filed amended petitions, in which the Debtors stated that they are not small business debtors and removed the election to have subchapter V of chapter 11 apply.

**IT IS THEREFORE ORDRED THAT**:

1. Tom Howley, Subchapter V Trustee, shall file a final fee application within 30 days of the date of entry of this Order.

2. Tom Howley, Subchapter V Trustee, shall file his final report as required under 11 U.S.C. § 1183(b)(1) within 30 days of entry of any order related to the Subchapter V Trustee's final fee application.

3. Tom Howley shall be immediately discharged from his duties as the Subchapter V Trustee upon entry of this Order.

4. The Court retains jurisdiction to resolve any objections to the final report and to any award of Subchapter V Trustee fees pursuant to a timely filed application.

**SIGNED** this ____ day of ________________, 2026.

______________________________________
Honorable Jeffrey P. Norman
UNITED STATES BANKRUPTCY JUDGE

**AGREED TO AND ENTRY REQUESTED:**

SHANNON LEE BEATTY LLP
2100 Travis Street, Suite 1525
Houston, Texas 77002
Telephone: (713) 714-5770
Facsimile: (833) 714-5770

BY: ______________________________
R.J. Shannon
SBOT No. 24108062
rshannon@shannonleellp.com
Jon Maxwell Beatty
SBOT No. 24051740
mbeatty@shannonleellp.com
Ella Cornwall
SBOT No. 24142801
ecornwall@shannonleellp.com
Sean Wilson
SBOT No. 24077962
swilson@shannonleellp.com

COUNSEL FOR THE DEBTORS

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: */s/ Jana Smith Whitworth*
Jana Smith Whitworth
Trial Attorney
SBOT No. 00797453/Federal I.D. 20656
515 Rusk Street, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4673
Fax: (713) 718-4670

Email: Jana.Whitworth@usdoj.gov

SUBCHAPTER V TRUSTEE

By: ______________________________

Tom Howley
Howley Law PLLC
700 Louisiana Street, Suite 4220
Houston, Texas 77002
Telephone (713) 333-9120
Email: tom@howley-law.com