United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 13, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **CASE NO. 26-32229 (JPN)** |
| | § | |
| **TRIVISTA OIL CO., LLC, et al.**[1] | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | **JOINTLY ADMINISTERED** |
| | § | |

**ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASES**
(Relates to Docket Nos. 93, 99, 171, 192, and 204)

On June 18, 2026, the Court held hearings to consider two motions (the "July 18 Hearing"), a *Motion to Convert Cases to Chapter 7* filed by Fort Apache Energy, Inc. (the "Motion to Convert") [Docket No. 93] and an *Expedited Motion to Dismiss Case or Convert Case to Chapter 7* filed by the United States Trustee  (the "Motion to Dismiss" and together with the Motion to Convert, the "Motions") [Docket No. 99].   After the hearing, the Court entered its *Order Appointing Chapter 11 Trustee and Continuing Hearings* (the "Order") [Docket No. 192].  The Order continued the hearings on the Motions until July 2, 2026, to allow time for the appointment of a chapter 11 trustee that was to provide the Court with a recommendation with respect to conversion or dismissal of the cases.

On June 26, 2026, the Court entered its *Order Approving Appointment of Eva E. Engelhart as Chapter 11 Trustee* [Docket No. 198].  At the continued hearings on July 2, 2026, the newly appointed chapter 11 trustee, Eva E. Engelhart (the "Trustee"), and her proposed counsel requested the Court again continue the hearings to afford the Trustee adequate time to gather the information necessary for the Trustee to form an opinion and prepare a recommendation for the Court with

---

[1]  The Debtors in theses chapter 11 cases are Trivista Oil Co., LLC and Trivista Operating, LLC.

respect to conversion or dismissal of the cases.  The Court granted the Trustee's request and continued the hearings until July 17, 2026, but advised the Trustee that if for any reason she determined there was need to resume the hearings sooner than July 17, 2026, that she should advise the Court of the same.  On July 9, 2026, the Court was advised that the Trustee had determined that the hearings on the Motions need to resume prior to July 17, 2026, and ideally on the first available date on the Court's calendar.  Thereafter, the Court entered its order resetting the hearings for July 13, 2026 (the "Continued Hearing").

On July 13, 2026, the Court held the Continued Hearing, and the Trustee provided the Court with her recommendation with respect to conversion or dismissal of the cases.  Based upon the evidence presented and for the reasons set forth on the record both during the July 18 Hearing and the Continued Hearing, the Court finds that it is in the best interests of all parties in interest that the chapter 11 cases be dismissed.  It is therefore:

**ORDERED** that the Trustee is hereby authorized to immediately transfer (by wire or any other means she deems appropriate) all bankruptcy estate funds in her possession or control to the debtors; and it is further

ORDERED that the Debtors shall file, within five (5) days of the date of entry of this order, all outstanding and due monthly operating reports, pursuant to Federal Rule of Bankruptcy Procedure 2015(a)(5); and it is further

ORDERED that Debtors shall pay all fees approved by the Court within 14-days of entry of the order approving such fees; it is further

**ORDERED** that *In re Trivista Oil Co., LLC*, Bankruptcy Case No. 26-32229 and *In re Trivista Operating LLC*, Bankruptcy Case No. 23-32231 are hereby dismissed.

Signed: July 13, 2026

Jeffrey P. Norman
United States Bankruptcy Judge